608

*Carl M. Mazzocone,* with him *Joseph Hakun,* and *Sheer & Mazzocone,* for appellant.

*Joseph J. Murphy,* with him *Murphy, Veldorale, Weisbrod & Dougherty,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.

Commonwealth *v.* Thomas, Appellant.

Submitted November 22, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Steven H. Shantz* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant.

*James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.

DeAngelo et al., Appellants, *v.* Philadelphia Transportation Company.

Argued November 21, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Mark Charleston,* with him *Charleston & Post,* for appellant.

*Daniel I. Murphy,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Judgment affirmed.